**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| VERMEER MANUFACTURING COMPANY, | ) ) ) |
| Plaintiff, | ) )   Case No. 4:17-cv-00076-CRW-HCA ) |
| vs. | ) ) |
| THE TORO COMPANY, | ) ) |
| Defendant. | ) |

**VERMEER'S MOTION TO STRIKE DEFENDANT'S LATE-DISCLOSED
INVALIDITY AND NON-INFRINGEMENT CONTENTIONS AND TO AWARD
VERMEER ITS FEES INCURRED IN CONNECTION WITH THIS MOTION**

Pursuant to Federal Rule of Civil Procedure 16(f) and the Court's inherent power, Plaintiff Vermeer Manufacturing Company ("Vermeer") moves to strike the late-disclosed Final Invalidity Contentions and Final Non-Infringement Contentions recently served by Defendant The Toro Company ("Toro"). Vermeer further moves the Court for its reasonable expenses, including attorney's fees, incurred in connection with this motion to strike necessitated by Toro's non-compliance with the Scheduling Order, under Rule 16(f) and the Court's inherent power.

On May 21, 2020, counsel for Vermeer met and conferred in good faith via telephone with counsel for Toro about the relief requested in this Motion. The parties were unable to reach an agreement that resolved all of their disputes. Toro does not consent to the relief requested in this Motion.

For the reasons stated in Vermeer's Memorandum in support of this Motion, which is incorporated herein by reference, Vermeer respectfully requests that the Court grant this Motion, strike Toro's Final Invalidity and Non-Infringement Contentions, award Vermeer its reasonable expenses, including attorney's fees, resulting from preparing this motion necessitated by Toro's

violation of the Court's Scheduling Order, and grant any other or further relief the Court deems appropriate.

Dated: May 29, 2020

Respectfully submitted,

By: */s/ Richard Brophy*
Richard L. Brophy (pro hac vice)
Marc W. Vander Tuig (pro hac vice)
Mark A. Thomas (pro hac vice)
Zachary C. Howenstine (pro hac vice)
Margaret R. Szewczyk (pro hac vice)
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070 (telephone)
rbrophy@armstrongteasdale.com
mvandertuig@armstrongteasdale.com
mathomas@armstrongteasdale.com
zhowenstine@armstrongteasdale.com
mszewczyk@armstrongteasdale.com

Michael R. Reck
Belin McCormick, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 283-4645
E-mail: mrreck@belinmccormick.com

*Attorneys for Vermeer Manufacturing Company*