# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| VERMEER MANUFACTURING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>THE TORO COMPANY,<br><br>    Defendant. | Court File No. 4:19-cv-00050-CRW-HCA<br><br>**DEFENDANT'S INITIAL INVALIDITY CONTENTIONS** |

Pursuant to the Court's Scheduling Order dated May 14, 2019 (ECF No. 39), Defendant The Toro Company ("Toro") provides the following invalidity contentions.

**I.     Grounds for asserting invalidity of the asserted claims**

| **Asserted Claims in '266 Patent** | **Basis for Invalidity** |
|---|---|
| 1 | 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 4 | 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 5 | 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 6 | 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 7 | 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 8 | 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 9 | 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 14 | 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 17 | 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 18 | 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 19 | 35 U.S.C. § 102, 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 20 | 35 U.S.C. § 102, 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 21 | 35 U.S.C. § 102, 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 22 | 35 U.S.C. § 102, 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 23 | 35 U.S.C. § 102, 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 25 | 35 U.S.C. § 102, 35 U.S.C. § 103, 35 U.S.C. § 112 |
| 27 | 35 U.S.C. § 102, 35 U.S.C. § 103, 35 U.S.C. § 112 |

**II.    Listing of prior Art (Copies provided herewith)(see also prior art documentation referenced in the appendices)**

A. "Ramrod Compact Mini Skid Loader Solutions October 2016" publication, hereafter referred to as "Ramrod";
B. Toro Dingo® 322 Operator's Manual, hereafter "Dingo";
C. Toro Dingo® 322 Parts Catalog, hereafter "Dingo Parts Catalog";
D. JP Published Application JPH11140900 to Komatsu, hereafter "Komatsu";

E. U.S. Patent 8,109,356 to Brock et al., hereafter "Brock";
F. Vermeer Mini Skid Steers S600/S600TX Brochure, hereafter "Vermeer Brochure";
G. the Toro Dingo® 322 or the corresponding Toro Dingo® 323 compact utility loaders, hereafter "the Toro Dingo loaders";
H. U.S. Patent 2,774,496 to Dorkins, referred to hereafter as "Dorkins";
I. U.S. Patent 2,298,450 to Baker, referred to hereafter as "Baker";
J. U.S. Patent 2,563,277 to Roeder et al., referred to hereafter as "Roeder";
K. US Published Patent Application 2005/0036876 to Walto et al., hereafter "Walto";
L. Toro Dingo® TX413 Parts Catalog, hereafter "TX413 Parts Catalog";
M. US Patent 9,045,882 to Major et al., hereafter "Major";
N. US Patent D631,898 to Major et al., hereafter "Bamford";
O. JCB Skid Steer and Compact Track Loader Brochure, hereafter "JCB";
P. the Toro Dingo® 413 compact utility, hereafter "the Toro Dingo loader";
Q. The Toro TX1000 was in public use and demonstrated in December 2014 in Florida to non-Toro employee individuals who were under no confidentiality obligations to Toro;
R. MT 52 Mini Track Loader brochure dated as early as 2005, hereafter "Bobcat";
S. KR Published Application KR20080003426U to Jun-Mo, hereafter "Jun-Mo";
T. the Bobcat MT52 or MT55 mini track loaders which were publicly introduced in the United States in 2003 and 2004, respectively, hereafter "the Bobcat mini track loaders";
U. S650TX Mini Skid Steer brochure dated 2011, hereafter "Vermeer 1";
V. Vermeer Mini Skid Steer S800TX brochure dated 2009, hereafter Vermeer 2;
W. The Vermeer S650TX Mini Skid Steer and S800TX Mini Skid Steers which were publicly available in the United States at least as early as 2011 and 2009, respectively, hereafter "the Vermeer mini track loaders";
X. EP Published Application EP2280122 to England et al., hereafter "England";
Y. U.S. Patent 6,866,466 to Roan et al., hereafter "Roan";
Z. Toro provisional patent No. 62/118,854 that was filed approximately four (4) minutes earlier than the Vermeer provisional patent identified in the '266 Patent;
AA. The Toro TX1000 was described in a printed publication YouTube video on February 19, 2015. This video has been previously produced to Vermeer at TORO-0012685. It can also be found at https://www.youtube.com/watch?v=yzaL-Yk-Zjg;
BB. The "Toro Rental Bulletin" and "Dealer Operations Bulletin" which were disseminated throughout the United States on February 10, 2015, to Toro North American rental representatives, dealer principals, and sales managers;
CC. The Bobcat MT52 or MT55 mini track loaders which were publicly introduced in the United States in 2003 and 2004, respectively[1], hereafter "the Bobcat mini track loaders";
DD. The Vermeer S650TX Mini Skid Steer and S800TX Mini Skid Steers which were publicly available in the United States at least as early as 2011 and 2009, respectively, hereafter "the Vermeer mini track loaders"

---

[1] As found in the Bobcat product timeline by clicking on the years of 2003 and 2004 which timeline is available at https://www.bobcat.com/company-info/history/product

**III. Explanation of prior art as applied to asserted Claims (See explanation Below and attached Appendices)**

A. <u>Appendix I—Ramrod</u>
- Claims 19-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 102 as being anticipated by Ramrod.
- Ramrod is available as a prior art reference to the '266 Patent since the "barrier guard" subject matter of claims 19-23, 25 and 27 of the '266 Patent is entitled only to the September 14, 2017 filing date of application Serial No. 15/062,801 that matured into the '266 Patent. The "barrier guard" subject matter of claims 19-23, 25 and 27 of the '266 Patent is not entitled to the filing dates of any prior applications to which the '266 Patent claims priority since the "barrier guard" subject matter was added to the disclosure of application Serial No. 15/062,801 upon the filing thereof by way of an ineffective incorporation by reference. Such incorporation by reference was ineffective because 1) essential material added to support the "barrier guard" subject matter can be incorporated by reference only to a U.S. patent or published U.S. patent application and the incorporation by reference relied upon was to an SAE standard, 2) the scope of the incorporation by reference exceeds the scope of the disclosure contained in the SAE standard, and 3) the portion of the SAE standard relied upon refers to another ISO standard for a proper understanding thereof and such ISO standard was not itself incorporated by reference.

B. <u>Appendix II—Dingo 322 in view of Komatsu</u>
- Claims 1, 4-9, 19-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 103 over Dingo when Dingo is read collectively with the Dingo Parts Catalog in view of Komatsu or alternatively Dingo when Dingo is read collectively with the Dingo Parts Catalog in view of Komatsu in further view of Brock.
- Claims 14, 17, and 18 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over the grounds set forth in the immediately preceding paragraph in further view of Vermeer Brochure.
- Claims 1, 4-9, 19-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 103 over the Toro Dingo loaders in view of Komatsu or alternatively the Toro Dingo loaders in view of Komatsu in further view of Brock.
- Claims 14, 17, and 18 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over the grounds set forth in the immediately preceding paragraph in further view of Vermeer Brochure.

C. <u>Appendix III—Dorkins in view of Baker and Roeder</u>
- Claims 1 and 4-9 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over Dorkins in view of Baker or alternatively in view of Roeder.

D. <u>Appendix IV—Walto in view of Major and Bamford</u>
- Claims 1, 4-7, 19-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over Walto when Walto is read collectively with TX413 Parts Catalog in view of Major, Bamford and/or JCB when read collectively or alternatively over Walto when Walto is read collectively with TX413 Parts Catalog in view of Major, Bamford and/or JCB when read collectively in further view of Brock.

- Claims 8 and 9 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over the grounds set forth in the preceding paragraph as to claim 7 in further view of Vermeer Brochure.
- Claims 1, 4-7, 19-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over the Toro Dingo loader in view of Major, Bamford and/or JCB when read collectively or alternatively over the Toro Dingo loader in view of Major, Bamford and/or JCB when read collectively in further view of Brock.
- Claims 8 and 9 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over the grounds set forth in the preceding paragraph as to claim 7 in further view of Vermeer Brochure.

**E.**  Appendix V— Bobcat in view of Jun-Mo
- Claims 1, 4-7, 19-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over Bobcat in view of Jun-Mo alone or alternatively Bobcat in view of Jun-Mo in further view of Brock.
- Claims 8 and 9 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over the grounds set forth in the immediately preceding paragraph in further view of Vermeer Brochure.
- Claims 1, 4-7, 19-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over the Bobcat mini track loaders in view of Jun-Mo alone or alternatively the Bobcat mini track loaders in view of Jun-Mo in further view of Brock.
- Claims 8 and 9 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over the grounds set forth in the immediately preceding paragraph in further view of Vermeer Brochure.

**F.**  Appendix VI—Vermeer in view of Jun-Mo
- Claims 1 and 4-9 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over Vermeer 1 or alternatively Vermeer 2 in view of Jun-Mo.
- Claims 1 and 4-9 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over Vermeer 1 or alternatively Vermeer 2 in view of Jun-Mo in further view of Brock.
- Claims 1 and 4-9 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over the Vermeer mini skid steers in view of Jun-Mo.
- Claims 1 and 4-9 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over the Vermeer mini skid steers in view of Jun-Mo in further view of Brock.

**G.**  Appendix VII—Vermeer in view of England and Roan
- Claims 1, 4-9, 14, 17-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over Vermeer 1 or alternatively Vermeer 2 in view of England.
- Claims 1, 4-9, 14, 17-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over Vermeer 1 or alternatively Vermeer 2 in view of England in further view of Roan.
- Claims 1, 4-9, 14, 17-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over the Vermeer mini track loaders in view of England.
- Claims 1, 4-9, 14, 17-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 103(a) over the Vermeer mini track loaders in view of England in further view of Roan.

**H.** Appendix VIII—§ 112 Invalidity
- Claims 1, 4-9, 14, 17-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 112 as detailed in the attached Appendix VII.

**I.** Appendix IX—Public Use
- The Toro TX1000 was in public use and demonstrated in December 2014 in Florida to non-Toro employee individuals who were under no confidentiality obligations to Toro (see, e.g., previously filed Declarations in Case No. 4:17-cv-00076, ECF 38-2, and depositions and deposition exhibits of the declarants identified above taken in that action which are incorporated herein by reference; see also videos taken in December 2014 found at https://www.toro.com/en/professional-contractor/compact-utility-loaders/dingo-tx1000-wide-track)). Accordingly, to the extent the claimed elements of the '266 Patent are found to be present in the accused TX1000 product as described in Vermeer's Initial Infringement Contentions Chart served on May 17, 2019, such claims would be invalidated under 35 U.S.C § 102.
- Claims 1, 4-9, 14, 17-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 102 in view of the fact that the TX1000 was in public use and demonstrated to non-Toro employee individuals.

**J.** Appendix X—Provisional Application
- The Toro TX1000 was described in the Toro provisional patent No. 62/118,854 (previously filed in this litigation ECF No. 38-3 attached to the Second Declaration of Jordan Weber, Ex. C) that was filed approximately four (4) minutes earlier than the Vermeer provisional patent that is identified in the '266 Patent. Accordingly, to the extent the claimed elements of the '266 Patent are found to be present in the accused TX1000 product as described in Vermeer's Initial Infringement Contentions Chart served on May 17, 2019, such claims would be invalidated under 35 U.S.C § 102.
- Claims 1, 4-9, 14, 17-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 102 in view of Toro provisional patent No. 62/118,854.

**K.** Appendix XI—February 19, 2015 YouTube Video
- The Toro TX1000 was described in a printed publication on YouTube on February 19, 2015, before the effective filing date of the claimed invention. See TORO-0012685; see also https://www.youtube.com/watch?v=yzaL-Yk-Zjg . Accordingly, to the extent the claimed elements of the '266 Patent are found to be present in the accused TX1000 product as described in Vermeer's Initial Infringement Contentions Chart served on May 17, 2019, such claims would be invalidated under 35 U.S.C § 102.
- Claims 1, 4-9, 14, 17-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 102 in view of the YouTube video published on February 19, 2015.

**L.** Appendix XII—Toro Bulletins
- The Toro TX1000 was described in the "Toro Rental Bulletin" and "Dealer Operations Bulletin" (both previously filed in Case No. 4:17-cv-00076, ECF No. 37-1 attached to the Declaration of Sean O'Halloran, Ex. A) which were disseminated throughout the United States on February 10, 2015, to Toro North American rental representatives, dealer principals, and sales managers. Accordingly, to the extent the claimed elements of the '266 Patent are found to be present in the accused TX1000

product as described in Vermeer's Initial Infringement Contentions Chart served on May 17, 2019, such claims would be invalidated under 35 U.S.C § 102.
- Claims 1, 4-9, 14, 17-23, 25 and 27 of the '266 Patent are unpatentable under 35 U.S.C. § 102 in view of The "Toro Rental Bulletin" and "Dealer Operations Bulletin."

Dated:  June 17, 2019.                    **BRIGGS AND MORGAN, P.A.**

By *s/Patrick S. Williams*
Patrick S. Williams (*pro hac vice*)
Gerald E. Helget (*pro hac vice*)
Michael M. Lafeber (*pro hac vice*)
Jordan L. Weber (*pro hac vice*)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:   (612) 977-8400
Emails:       pwilliams@briggs.com
              ghelget@briggs.com
              mlafeber@briggs.com
              jweber@briggs.com

**MCKEE, VOORHEES & SEASE, PLC**
Christine Lebrón-Dykeman
801 Grand Avenue, Suite 3200
Des Moines, IA  50309
Telephone:  (515) 288-3667
Email:       lebron-dykeman@ipmvs.com

**ATTORNEYS FOR DEFENDANT**
**THE TORO COMPANY**

11829172v2