IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

VERMEER CORPORATION,

        Plaintiff,

vs.

THE TORO COMPANY,

        Defendant.

No. 4-17-CV-76-CRW-HCA

ORDER GRANTING MOTION
TO STRIKE

        On June 17, 2020, the court held a hearing by telephone conference call to receive arguments of counsel on Vermeer's resisted motion to strike Toro's late-disclosed invalidity and non-infringement contentions. (Dkt #228).

        The court now concludes Toro has presented no legitimate excuse for failing to disclose its new invalidity theories before the close of discovery. The court is unpersuaded that Toro should be allowed to assert at this late date new invalidity and non-infringement contentions.

        The court strikes the portions of Toro's Final Non-Infringement Contentions that rely on 1) Toro's rejected claims construction of "mainframe," and 2) reference to any claim terms being "means-plus-function" terms governed by 35 U.S.C. section 112 (f).

        At the conclusion of the jury trial in this case, the court will address Vermeer's request for reasonable expenses and attorney fees allegedly incurred by reason of the proceedings necessitated by this motion.

        Vermeer shall serve Validity Contentions in response to Toro's Invalidity Contentions by July 20, 2020.

        IT IS SO ORDERED.

Dated this 25th day of June, 2020.

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT