IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

VERMEER CORPORATION,

        Plaintiff,                    No. 4-17-CV-76-CRW-HCA

vs.                                       ORDER

THE TORO COMPANY,

        Defendant.

On June 25, 2020, the Court entered an order (Dkt #251) granting Vermeer's motion to strike portions of Toro's final invalidity contentions. Toro subsequently moved for reconsideration (Dkt # 255) of that order. On July 21, 2020, the Court held a telephone conference with counsel to address the motion for reconsideration, as well as Toro's motion to amend the factual basis for its inequitable conduct affirmative defense and to withdraw two affirmative defenses (Dkt #262 ).

1) The Court has reconsidered its order of June 25 and concludes that relief from it is justified. See Elder-Keep v. Aksamit, 460 F.3d 979, 984 (8th Cir. 2006)(applying the Rule 60 standard to a non-final order). The motion to reconsider is granted. The Court mistakenly understood that discovery was closed at the time that Toro served its final invalidity contentions. But discovery had not closed when Toro served its final invalidity contentions on May 15, 2020. While discovery was once scheduled to close on March 31, 2020, the Court now understands that the deadline had been extended. The Court therefore allows the invalidity contentions it previously struck. The current schedule (Dkt #206) allows both parties the time and the flexibility to be ready for the June 7 jury trial. The parties should carefully follow and comply with all deadlines in the current scheduling order. Both parties now may file and exchange their final validity and invalidity written contentions by October 15, 2020 and fact discovery is now extended from June 19 to October 29, 2020. Other deadlines are unchanged.

1

2) Toro is granted leave to amend the factual basis for its inequitable conduct affirmative defense and may withdraw the affirmative defenses (Dkt #262) of unconscionability and failure to mitigate.

The parties shall work together and with Chief Magistrate Judge Helen C. Adams to resolve any further discovery disagreement and to comply with the scheduling order that soundly sets a trial by jury on June 7, 2021 at 9:00 a.m. before the undersigned U.S. District Judge and the final pretrial conference on May 17, 2021 before Chief U.S. Magistrate Judge Adams. By February 1, 2021, the parties shall submit to the undersigned judge agreed or separate proposed verdict forms.

IT IS SO ORDERED.

Dated this 3rd day of August, 2020.

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT