# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| VERMEER MANUFACTURING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>THE TORO COMPANY,<br><br>    Defendant. | CASE NO.:  4:17-cv-00076-CRW-HCA |

## ORDER AMENDING THE SCHEDULING ORDER

Before the Court is a joint motion to amend the scheduling order.  The Court finds good cause for the extensions.  Deadlines previously set and unchanged are referenced with the docket number from the applicable order(s).  The following dates are now operative in this case:

Fact discovery shall be completed by **October 29, 2020**. [Doc. 272]

The deadline for the designation of rebuttal expert witnesses and disclosure of their written reports on non-infringement issues is **August 31, 2020**.

The deadline for the designation of rebuttal expert witnesses and disclosure of their written reports on damages issues is **September 25, 2020**.

The deadline for Toro to serve any supplemental final invalidity contentions and supplemental expert reports on invalidity issues is **October 1, 2020**.

The deadline for Vermeer to serve any rebuttal final validity contentions and the designation of rebuttal expert witnesses and disclosure of their written reports on validity issues is **October 15, 2020**.

Depositions of validity and invalidity expert witnesses shall be taken **October 16 through 30, 2020**.

The deadline for completion of all expert discovery on damages and patent validity issues is **October 30, 2020**.

The deadline to file dispositive motions is **December 2, 2020**.

By **February1, 2021**, the parties shall submit to the Court agreed or separate proposed verdict forms. [Doc. 272]

The Final Pretrial Conference will be held on **May 17, 2021** at 10:00 AM at the United States Courthouse, Des Moines, Iowa, before Chief Magistrate Judge Helen C. Adams. [Docs. 206, 272]

A Jury Trial shall begin on **June 7, 2021** (or as soon thereafter as the Court can reach it) at 9:00 AM before Senior District Judge Charles R. Wolle at the Unites States Courthouse, Des Moines, Iowa. [Docs. 206, 272]

**IT IS SO ORDERED.**

Dated August 12, 2020.

Helen C. Adams
Chief U.S. Magistrate Judge